RONNI WEINER, Respondent, v. BARRY WEINER, Appellant.—

Rabin, Acting P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.

MARGARET WENSDOFER et al., Appellants, v. 62-29 FRESH POND ROAD, INC., et al., Respondents.—

Rabin, Acting P. J., Hopkins, Martuscello, Brennan and Benjamin, JJ., concur.